

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
    *www.usdoj.gov/usao/wie*

December 10, 2024

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

    Re:     *United States v. Approximately 2,005,822.786651 Tether (USDT) cryptocurrency from cryptocurrency address ending in ntSJPAPi*
               Case No. 24-CV-1590

Dear Clerk:

    This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin on December 11, 2024. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is February 9, 2025.

    Please contact our office at (414) 297-1700 if you have any questions.

                                 Sincerely,

                                 GREGORY J. HAANSTAD
                                 United States Attorney

                 By:     *s/Elizabeth M. Monfils*
                                 ELIZABETH M. MONFILS
                                 Assistant United States Attorney
                                 Wisconsin Bar No. 1061622
                                 Office of the United States Attorney
                                 Eastern District of Wisconsin
                                 517 E. Wisconsin Avenue, Room 530
                                 Milwaukee, WI  53202
                                 Telephone: (414) 297-1700
                                 Fax: (414) 297-1738
                                 E-Mail: elizabeth.monfils@usdoj.gov